IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| HAROLD MAURICIO POVEDA-ORTEGA (01) | § | Criminal No. 3-10-CR-073-K |
|     a.k.a. "Conejo," | § | |
| HORLEY RENGIFO-PAREJA (02) | § | |
|     a.k.a. "Harry" | § | |
| JENNY VIVIAN HURTADO-BELTRAN (03) | § | |
| ROBERTO MARIO ANGULO-ISAZA (04) | § | |
|     a.k.a. "Carlos Garcia-Jimenez" | § | |
|     a.k.a. "Costeno | § | |
| FNU LNU (05) | § | |
|     a.k.a. "Condor" | § | |
| FNU LNU (06) | § | |
|     a.k.a. "El Mono" | § | |
| TITO MILLER PARRA-ISAZA (07) | § | |
|     a.k.a. "Miguel Angel" | § | |
|     a.k.a. "Juan Pablo Leyba" | § | |
| JOAQUIN ALEJANDRO SENDEROS- | § | |
| HIGUERA (08) | § | |

### ORDER GRANTING LIMITED UNSEALING OF
### INDICTMENT AND ARREST WARRANTS

This matter having come before the Court upon the request of the United States of America for a limited unsealing of the indictment and arrest warrants in this action. The Court, having considered the motion, finds good cause to grant the requested relief.

IT IS THEREFORE ORDERED that the indictment and arrest warrants are unsealed for the limited purpose of the official disclosure by officials of the United States government to officials of the Mexican government in order to initiate the extradition process.

IT IS FURTHER ORDERED that the United States of America's Motion for Limited

Unsealing of the Indictment and Arrest Warrants, the accompanying Order, and this Order, along with any references to such documents, shall remain under seal.

SO ORDERED.

Signed this 15th day of June, 2010

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE