IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | 3:10-CR-073-K |
| HORLEY RENGIFO-PAREJA | § § § § | **ECF** |

MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Horley Rengifo-Pareja**, pursuant to 18 U.S.C. §3148.

1. <u>Eligibility of Case.</u>    This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. § 3156);

    _____ Maximum sentence life imprisonment or death

    ___X_____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    ___X_____ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    _____ Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u>  X  </u>   Defendant's appearance as required

   <u>  X  </u>   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>   The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   <u>  X  </u>   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   <u>      </u>   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   <u>      </u>   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   <u>      </u>   Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

   <u>      </u>   At first appearance

   <u>  X  </u>   After continuance of <u>  3  </u> days (not more than 3).

DATED this <u>  8th  </u> day of June, 2015.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

s/ *Walt M. Junker*

WALT M. JUNKER
Assistant United States Attorney
Texas Bar No. 24038115
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8630
Facsimile: 214.659.8803

CERTIFICATE OF SERVICE

     I hereby certify that true and correct copies of this notice were served on counsel of record by electronically filing the pleading with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system on the ___8th___ day of June , 2015.

s/ *Walt M. Junker*

WALT M. JUNKER
Assistant United States Attorney