**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff, § | |
| v. § | 3:10-CR-073-K |
| § | |
| **HORLEY RENGIFO-PAREJA,** § | |
| Defendant. § | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 57.12 of the District Court for the Northern District of Texas, the Federal Public Defender for the Northern District of Texas (the "Federal Public Defender's Office"), hereby moves to withdraw as counsel of record in the above-entitled action. In support of this motion, undersigned counsel sets forth the following:

1. On June 08, 2015, the Federal Public Defender (FPD) was appointed as counsel of record for HORLEY RENGIFO-PAREJA. The case was assigned to Assistant Federal Public Defender, Camille M. Knight.

2. An actual conflict of interest in the case has been discovered that makes it impossible for the Federal Public Defender's Office to continue representation of the Defendant. Specifically, this office has previously represented Carlos Arial Montoya in case number 3:07-CR-387, which was directly linked to the Defendant herein.

3. Counsel submits that any continued representation of the Defendant would be tainted by a conflict of interest. Additionally, an appearance of impropriety would exist if the same law office continued to represent the Defendant.

4. The Defendant will be served with a copy of this motion, as well as an explanatory letter.

WHEREFORE, the Federal Public Defender for the Northern District of Texas requests that

this Court grant the instant Motion to Withdraw and that other counsel be appointed to represent the Defendant.

        Respectfully submitted,

        JASON HAWKINS
        Federal Public Defender
        Northern District of Texas

        */s/ Camille M. Knight*
        CAMILLE M. KNIGHT
        Assistant Federal Public Defender
        Northern District of Texas
        Texas Bar #24027124
        525 Griffin Street, Suite 629
        Dallas, Texas 75202
        Phone (214) 767-2746
        Fax (214) 767-2886

## **CERTIFICATE OF CONFERENCE**

I certify that on June 12, 2015, I conferred with Assistant United States Attorney Mark Irish, who confirmed that the government is not opposed to the relief sought herein.

        */s/ Camille M. Knight*
        CAMILLE M. KNIGHT
        Assistant Federal Public Defender

## **CERTIFICATE OF SERVICE**

I further certify that on June 12, 2015, I filed this motion via the Court's CM/ECF system, thereby providing service on attorneys of record.

        */s/ Camille M. Knight*
        CAMILLE M. KNIGHT
        Assistant Federal Public Defender