IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| V. | § | NO. 3:10-CR-0073-K (02) |
| HORLEY RENGIFO-PAREJA, | § § § | |
| Defendant. | § | |

# ORDER

Before the Court is Movant Camille Knight's Unopposed Motion to Withdraw filed on June 12, 2012. The Motion is **GRANTED.**

Camille Knight and the Office of the Federal Public Defender are hereby allowed to withdraw as counsel for Defendant Rengifo-Pareja and are relieved of any further duties and obligations to Defendant Rengifo-Pareja.

Further, Carolyn Hill is hereby appointed as counsel for Defendant Rengifo-Pareja.

SO ORDERED.

Signed June 18th, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE