IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 3:10-CR-073-K |
| § | |
| Horley Rengifo-Pareja (2) § | |
| a.k.a. "Harry" § | |
| § | |

## FACTUAL RESUME

Horley Rengifo-Pareja ("Rengifo-Pareja"), defendant, Carolyn Hill, the defendant's attorney, and the United States of America, agree that the following facts are true and correct and may be submitted to the Court in support of Rengifo-Pareja's guilty plea to Count Three of the Indictment:

### ELEMENTS OF THE OFFENSE

Violation of 18 U.S.C. § 1956(h)

First:   That a conspiracy existed between at least two non-government persons to launder monetary instruments;

Second:   That Rengifo-Pareja knew of the conspiracy; and

Third:   That Rengifo-Pareja intentionally participated in the conspiracy in that he joined it willfully, that is, with the intent to further its unlawful purpose.

### STIPULATED FACTS

Beginning in or about October 2006, the exact date being unknown, and continuing to on or about December 1, 2007, in the Dallas Division of the Northern District of Texas, and elsewhere, Rengifo-Pareja, knowingly and willfully combined, conspired, confederated, and agreed with Tito Miller Parra-Isaza, aka "Miguel Angel", "Juan Pablo Leyba", " Jenny Vivian Hurtado-Beltran, FNU LNU, a.k.a. "El Mono," Joaquin Alejandro Senderos, and others to commit offenses against

the United States in violation of Title 18, United States Code, Sections 1956 and 1957.

In furtherance of the conspiracy, Rengifo-Pareja had meetings with Parra-Isaza and others to discuss the laundering of bulk currency, which were the proceeds of unlawful activity, namely, drug smuggling in violation of Title 21, United States Code, Sections 952 and 960.

Rengifo-Pareja's role in the conspiracy was to solicit and reach agreements with drug smugglers for purposes of laundering their drug proceeds in exchange for a fee. Rengifo-Pareja, along with Pareja-Isaza and others, would also coordinate the deposit of the drug traffickers' proceeds into financial institutions in Mexico and elsewhere. In furtherance of the conspiracy, the proceeds were later wire transferred to bank accounts in the Dallas, Texas. The funds were then transported to Panama and elsewhere to distribute to individuals involved in drug smuggling.

AGREED TO AND SIGNED this 17 day of July, 2015.

_____
HARRY RENGIFO-PAREJA
Defendant

_____
CAROLYN HILL
Attorney for Defendant

_____
MARK IRISH
U.S. Department of Justice
Asset Forfeiture and Money Laundering Section
1400 New York Avenue, N.W. Ste. 10100
Washington, D.C. 20530
(202) 514-1263 (telephone)
(202) 514-2255 (facsimile)
mark.irish2@usdoj.gov